(April 15, 1971)

JAMES J. SULLIVAN, Respondent, v. ISADORE ROSEN & SONS, INC., Defendant; OTIS ELEVATOR COMPANY, Appellant.—

810

Concur — Capozzoli, J. P., McGivern, Kupferman and McNally, JJ.; Nunez, J., dissents in the following memorandum: I would affirm for the reasons stated by the Appellate Term majority. Since appellant stipulated to judgment absolute, judgment should be entered against it on the issue of liability and to be followed by an assessment of damages.